### No. 391
### BRYANT HEATER CO. v. KIDD

Ohio Appeals, 8th Dist., Cuyahoga County
No. 4912.   Decided March 3, 1924

**313. CORPORATIONS — Judgment modified on hearing but not reversed.**

PER CURIAM.          Epitomized Opinion
Published Only in Ohio Law Abstract

This case was before the Court of Appeals on an application for a re-hearing. On the original hearing the Court of Appeals had reversed the judgment of the lower court, and

rendered a judgment (2 Abs. 216) for Winifred Kidd. Upon the re-hearing, the Court of Appeals reaffirmed its former judgment, but modified the same so as to read:

"Case reversed and remanded to the Common Pleas Court for further proceedings according to law."

Attorneys—Austin & Kirkbride, for Bryant Heater Co.; Snyder, Henry, Tilden, Ford & Seagrave, for Kidd; all of Cleveland.